UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| YANIQUE WHITE *et al.*,<br>    *Plaintiffs*,<br><br>    v.<br><br>AETNA LIFE INSURANCE COMPANY,<br>    *Defendant*. | No. 3:21-cv-171 (JAM) |

**SUPPLEMENTAL ORDER FOR PLAINTIFF'S LEGAL FEES AND EXPENSES**

1. The Court GRANTS the petition of Plaintiff's counsel for the approval and payment of professional fees and the reimbursement of advanced expenses as specified in counsel's declaration and related materials of April 17, 2024.

2. The work of Plaintiff's counsel leading to the Full and Final Mutual Settlement Agreement and Release was valuable, reasonable and appropriate, and achieved favorable results for Plaintiff.

3. The difficulty of the questions presented by this cause included strongly contested federal jurisdictional and dismissal challenges which the Plaintiff met, a federal venue change from North Carolina to Connecticut and, had the matter run the full gamut of its potential litigation path, would have likely involved contested issues including the conflict of laws, statutory and common law bad faith or unfair trade practices questions, contract and damages issues and the myriad issues confronting all trial. The prosecution of this action required significant skill and experience on behalf of Plaintiff's counsel.

4. The hourly rates requested by Plaintiff's counsel are fair, reasonable and appropriate and are within the customary rates of similarly experienced attorneys. Considering the record, all of the circumstances set forth therein and the results achieved, the number of hours for which

1

counsel petitions, as set forth in their declarations and related materials, is fair, reasonable and appropriate. The total of the fees and expenses requested by counsel is fair, reasonable and appropriate. Particularly in light of the amount of Plaintiff's recovery and the substantial reduction in that part of the fees which Plaintiff will bear because of the fee offset payment counsel obtained, the fees and expenses requested are reasonable.

    5. An award of the particular fees and advanced expenses set forth in counsel's declarations and related materials is in accord with the best interests of the Plaintiff.

    6. The fees and advanced expenses requested by Plaintiff's counsel in their declarations and related materials shall be paid as further provided in Paragraph 3 of the Court's March 15, 2024 Consent Order.

    Dated at New Haven this 1st day of May 2024.

/s/ *Jeffrey Alker Meyer*
Jeffrey Alker Meyer
United States District Judge